**Opinion issued April 1, 2014**



In The

# Court of Appeals

For The

# First District of Texas

——————————

## NO. 01-13-01017-CV

——————————

## GEORGE NATHANIEL WYCHE, Appellant

## V.

## GLADIS GORDON RIDEAUX, Appellee

**On Appeal from the 125th District Court**
**Harris County, Texas**
**Trial Court Case No. 2012-13112**

## MEMORANDUM OPINION

Appellant, George Nathaniel Wyche, has failed to timely file a brief. *See*
TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of
appellant to file brief). After being notified that this appeal was subject to
dismissal, appellant did not respond. *See* TEX. R. APP. P. 42.3(b) (allowing

involuntary dismissal of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Bland and Brown.